# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE JONES,<br><br>             Plaintiff,<br><br>  v.<br><br>CDCR, *et al.*,<br><br>             Defendants. | Case No.: 1:24-cv-01298-BAM (PC)<br><br>ORDER TO SUBMIT COMPLETED PRISONER APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN **THIRTY (30) DAYS** |

      Plaintiff Eugene Jones ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. Plaintiff initiated this action on October 24, 2024, (ECF No. 1), together with a motion to proceed *in forma pauperis*, (ECF No. 2).

      Plaintiff's motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 is missing the second page, and therefore does not contain Plaintiff's signature or a signed authorization permitting withdrawals from his inmate trust account or a certified copy of his trust account statement. (ECF No. 2.) The application also does not include a certified copy of Plaintiff's trust account statement. Plaintiff must submit a signed and completed form if he wishes for the application to be considered.

///

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Clerk of the Court is directed to serve this order and a blank *in forma pauperis* application for a prisoner on Plaintiff;

2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, **completed and signed**, or in the alternative, pay the $405.00 filing fee for this action;

3. No extension of time will be granted without a showing of good cause; and

4. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated: __October 25, 2024__      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2