# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE JONES,<br><br>             Plaintiff,<br><br>     v.<br><br>CDCR, *et al.*,<br><br>             Defendants. | Case No.  1:24-cv-01298-BAM (PC)<br><br>ORDER DENYING MOTION FOR COPIES<br><br>(ECF No. 24) |

Plaintiff Eugene Jones ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is a letter from Plaintiff to the Clerk of the Court, filed February 5, 2025. (ECF No. 24.)  Plaintiff requests "all my transcripts copies of my original 1983 lawsuit I filed," which the Court construes as a motion for copies.  Plaintiff states that when he received his property from Wasco State Prison, it did not include his copy of this lawsuit. Plaintiff requests a copy of his complaint because he is trying to find counsel who will take on his case but she wants to go over all of his paperwork.  (*Id.*)

Plaintiff is reminded that the Clerk of the Court does not ordinarily provide free copies of case documents to parties, even those proceeding *in forma pauperis*.  *See Hullom v. Kent*, 262 F.2d 862, 863 (6th Cir. 1959.)  Plaintiff is responsible for maintaining his own records for this proceeding.  Plaintiff is informed that the Clerk charges $0.50 per page for copies of documents.

1

*See* 28 U.S.C. § 1914(b).  Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request, prepayment of the copy fees, and submission of a large, self-addressed stamped envelope.  Plaintiff is informed that his complaint, including exhibits, is thirty-two (32) pages in length.  Plaintiff's complaint, excluding exhibits, is seven (7) pages in length.

Accordingly, Plaintiff's motion for copies, (ECF No. 24), is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **February 18, 2025**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE