# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE JONES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CDCR, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:24-cv-01298-KES-BAM (PC)<br><br>ORDER STRIKING UNSIGNED FILING (ECF No. 30)<br><br>ORDER DIRECTING PLAINTIFF TO RESUBMIT OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff Eugene Jones ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 16, 2025, the Court screened Plaintiff's first amended complaint and issued findings and recommendations that this action be dismissed based on Plaintiff's failure to state a cognizable claim upon which relief may be granted. (ECF No. 29.) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*)

On June 4, 2025, Plaintiff filed objections to the pending findings and recommendations. (ECF No. 30.) The objections do not include Plaintiff's signature. Unsigned filings cannot be considered by the Court, and therefore Plaintiff's filing will be stricken. Fed. R. Civ. P. 11(a); Local Rule 131. However, in light of Plaintiff's *pro se* status, the Court will allow Plaintiff an extension of time to resubmit his objections with the appropriate signature.

1

Accordingly, within **fourteen (14) days** from the date of service of this order, Plaintiff is HEREBY ORDERED to resubmit his objections to the Court's May 16, 2025 findings and recommendations, **with the appropriate signature**. **Plaintiff's failure to comply with this order will result in the submission of the Court's pending findings and recommendations recommending dismissal of this action to the assigned District Judge, without Plaintiff's objections.**

IT IS SO ORDERED.

Dated: **June 4, 2025**         /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE

2