UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, *et al.*,<br><br>　　　　Defendants. | Case No. 1:24-cv-01298-BAM (PC)<br><br>ORDER DENYING MOTION FOR COPY OF SECOND AMENDED COMPLAINT<br><br>(ECF No. 37) |

Plaintiff Eugene Jones ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's request for a courtesy copy, filed September 2, 2025. (ECF No. 37.) Plaintiff requests a one-time copy of his second amended complaint. Plaintiff states that in his hurry to meet the Court's filing deadline, he forgot to make himself a copy. Plaintiff indicates that he is indigent, proceeding pro se and IFP, and he needs a copy to advance his claims. (*Id.*)

Plaintiff again is reminded that the Clerk of the Court does not ordinarily provide free copies of case documents to parties, even those proceeding *in forma pauperis*. *See Hullom v. Kent*, 262 F.2d 862, 863 (6th Cir. 1959.) Plaintiff is responsible for maintaining his own records for this proceeding. Plaintiff is informed that the Clerk charges $0.50 per page for copies of documents. *See* 28 U.S.C. § 1914(b). Copies of up to twenty pages may be made by the Clerk's

1

1  Office at this Court upon written request, prepayment of the copy fees, and submission of a large,
2  self-addressed stamped envelope.  Plaintiff is informed that his second amended complaint,
3  including exhibits, is seventeen (17) pages in length.  Further, Plaintiff is informed that his second
4  amended complaint, filed on August 14, 2025, will be screened in due course, and there are no
5  currently pending deadlines in this action.

      Accordingly, Plaintiff's motion for a courtesy copy, (ECF No. 37), is HEREBY DENIED.

IT IS SO ORDERED.

Dated:  **September 5, 2025**         /s/ *Barbara A. McAuliffe*
                                                           UNITED STATES MAGISTRATE JUDGE