**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EUGENE JONES,<br><br>                    Plaintiff,<br><br>          v.<br><br>CDCR, *et al.*,<br><br>                    Defendants. | Case No. 1:24-cv-01298 KES BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>Doc. 39 |

Eugene Jones is a state prisoner who asserts he suffered violations of his civil rights while housed at Wasco State Prison. *See* Doc. 35. The magistrate judge screened the second amended complaint and found Jones stated cognizable Eighth Amendment claims against Correctional Officer Borrego for excessive force and Correctional Officer Hurd for failure to protect. Doc. 39 at 4-5. However, the magistrate judge found the other claims – including related to the failure to house Jones at a particular institution and a request for injunctive relief – were not cognizable. *Id.* at 5-6. The magistrate judge recommended that the action proceed only on the identified claims against Borrego and Hurd, and that all other claims and defendants be dismissed for failure to state a claim. *Id.* at 7.

The court served the findings and recommendations on Jones and informed him that any objections were due within 14 days. Doc. 39 at 7. After receiving an extension of time, Jones filed a timely response on January 26, 2026. Doc. 43. Jones indicates he is "agreeing with the

judge to proceed forward" with the claims against Borrego and Hurd and to drop his claims against the other defendants. *Id.* at 1. Jones also requests the court forward all documents he previously submitted 'to the next judge overseeing this action" because he does not have access to his legal property following a prison transfer. *Id.*

In accordance with 28 U.S.C. § 636(b)(1), this court performed a de novo review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis. With respect to the request that the court transfer evidence "to the next judge," Jones is informed that a reassignment to another judge is not anticipated in this matter. Should any such reassignment occur, however, the court maintains an electronic file that would be transferred to the appropriate docket.

Based upon the foregoing, the court **ORDERS**:

1. The findings and recommendations issued on December 19, 2025 (Doc. 39) are **ADOPTED** in full.

2. This action **SHALL** proceed <u>only</u> on the following Eighth Amendment claims in the second amended complaint: (a) excessive force against Defendant Borrego, and (b) failure to protect against Defendant Hurd.

3. All other claims and defendants are **DISMISSED** from this action for failure to state claims upon which relief may be granted.

4. This action is referred to the magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:    February 19, 2026

_____
UNITED STATES DISTRICT JUDGE

2