# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE JONES, <br><br> Plaintiff, <br><br> v. <br><br> C.D.C.R., *et al.*, <br><br> Defendants. | Case No.  1:24-cv-01298-KES-BAM (PC) <br><br> ORDER DENYING MOTION FOR SETTLEMENT CONFERENCE AS MOOT <br><br> (ECF No. 56) |

Plaintiff Eugene Jones ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds against Defendant Borrego for excessive force and against Defendant Hurd for failure to protect, all in violation of the Eighth Amendment.

On February 23, 2026, the Court directed service of the operative complaint and summonses on Defendants Borrego and Hurd through the Court's E-Service pilot program for civil rights cases for the Eastern District of California.  (ECF No. 48.)  Defendants filed executed waivers of service on April 22, 2026.  (ECF No. 51.)

On May 4, 2026, Plaintiff filed a document titled "Motion Fed. Rule 4 Failure to Respond = Default = of Judgment." (ECF No. 52.)  The Court construed the document as a motion for entry of default pursuant to Federal Rule of Civil Procedure 55 and a motion for case status update.  (ECF No. 53.)  The Court granted the motion for case status update and denied the

motion for entry of default as premature, noting that Defendants were not required to serve an answer to the complaint until May 22, 2026. (*Id.* at 2.)

Defendants answered the complaint on May 21, 2026. (ECF No. 55.)

Currently before the Court is Plaintiff's request for a direct settlement judgment resolution conference, filed May 21, 2026. (ECF No. 56.) Plaintiff claims that due to Defendants being in default, he is entitled to relief and is requesting a direct settlement judgment resolution conference. (*Id.*) The Court construes the request as a motion for settlement conference.

To the extent Plaintiff claims that defendants are in default, this is not correct. Defendants timely answered the complaint on May 21, 2026, pursuant to the Court's order directing e-service. To the extent Plaintiff requests a settlement conference, this request is unnecessary. On May 27, 2026, the Court referred the case to post-screening ADR (Alternative Dispute Resolution) and stayed this action. (ECF No. 57.) A settlement conference is currently scheduled for August 31, 2026, at 1:30 p.m. before Magistrate Judge Stanley A. Boone. Accordingly, Plaintiff's request for a settlement conference is DENIED as moot.

IT IS SO ORDERED.

Dated:   **May 28, 2026**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

2