# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE JONES,<br>Plaintiff,<br>v.<br>C.D.C.R., *et al.*,<br>Defendants. | Case No. 1:24-cv-01298-KES-BAM (PC)<br>ORDER GRANTING MOTION FOR CLARIFICATION<br>(ECF No. 59) |

Plaintiff Eugene Jones ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Borrego for excessive force and against Defendant Hurd for failure to protect, all in violation of the Eighth Amendment. Defendants answered the complaint on May 21, 2026. (ECF No. 55.)

On May 27, 2026, the Court referred the case to post-screening ADR (Alternative Dispute Resolution) and stayed this action. (ECF No. 57.) A settlement conference is currently scheduled for August 31, 2026, at 1:30 p.m. before Magistrate Judge Stanley A. Boone. (*Id.*)

Currently before the Court is Plaintiff's request for information regarding his confidential settlement conference statement, filed July 24, 2026. (ECF No. 59.) Plaintiff acknowledges that a settlement conference is currently set for August 31, 2026, and that he will need to draft a confidential settlement conference statement prior to the settlement conference. (*Id.*) Plaintiff

requests that he be sent the specific questions that he must answer that go with the confidential settlement statement. (*Id.*) The Court construes the request as a motion for clarification regarding the confidential settlement statement. Defendants have not had the opportunity to respond to the motion, but the Court finds a response unnecessary. The motion is deemed submitted. Local Rule 230(l).

Having considered the request, Plaintiff's motion for clarification is HEREBY GRANTED. As previously instructed by the Court in its May 27, 2026 order (ECF No. 57):

1. Plaintiff shall mail his confidential settlement statement to U.S. District Court, 2500 Tulare Street, Fresno, California 93721, **"Attention: Magistrate Judge Stanley A. Boone."** The envelope shall be marked "Confidential Settlement Statement." Settlement statements shall arrive no later than **August 24, 2026**. Parties shall also file a <u>Notice of Submission of Confidential Settlement Statement</u> (See Local Rule 270(d)). Settlement statements **should not be** filed with the Clerk of the Court **nor served on any other party**. Settlement statements shall be clearly marked "Confidential" with the date and time of the settlement conference indicated prominently thereon.
2. The confidential settlement statement shall be **no longer than five pages** in length, typed or neatly printed, and include the following:
    a. A brief statement of the facts of the case.
    b. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.
    c. An estimate of the cost and time to be expended for further discovery, pretrial, and trial.
    d. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands.
    e. A brief statement of each party's expectations and goals for the settlement

conference, including how much a party is willing to accept and/or willing to pay.

f. If parties intend to discuss the joint settlement of any other actions or claims not in this suit, give a brief description of each action or claim as set forth above, including case number(s) if applicable.

IT IS SO ORDERED.

Dated: **July 29, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE