UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

<table>
<tr><td>EUGENE JONES,<br>Plaintiff,<br><br>v.<br><br>C.D.C.R., et al.,<br>Defendants.</td><td>1:24-cv-01298-KES-BAM (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE PLAINTIFF EUGENE JONES, # P-83486 <u>BY VIDEO CONFERENCE (VIA ZOOM)</u><br><br>DATE: August 31, 2026<br>TIME: 9:30 a.m.</td></tr>
</table>

**Eugene Jones**, inmate, **#P-83486**, a necessary and material witness on his own behalf in a Settlement Conference in this case on August 31, 2026, is confined at California State Prison, Sacramento, in the custody of the Warden/Sheriff. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by video conference (via Zoom)** before Magistrate Judge Stanley A. Boone on August 31, 2026, at 9:30 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden/Sheriff to produce the inmate named above, **along with any necessary legal property, to appear by video conference (via Zoom)** to testify in United States District Court at the time and place above, until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden/Sheriff of California State Prison, Sacramento**

**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property, to appear by video conference (via Zoom)** to testify before the United States District Court at the time and place above, until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated**: <u>August 4, 2026</u>** /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE