# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE JONES,<br>Plaintiff,<br>v.<br>C.D.C.R. *et al.*,<br>Defendants. | Case No. 1:24-cv-01298-KES-BAM (PC)<br>ORDER REGARDING PLAINTIFF'S MOTION TO MOVE FORWARD WITH DISCOVERY<br>(ECF No. 68) |

Plaintiff Eugene Jones ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendant Borrego for excessive force and against Defendant Hurd for failure to protect, all in violation of the Eighth Amendment.

On May 27, 2026, the Court set this case for a settlement conference and stayed the action to allow the parties an opportunity to settle their dispute. (ECF No. 57.) The case did not settle. (ECF No. 64.) Accordingly, on September 2, 2026, the Court lifted the stay, directed the Clerk of the Court to issue a discovery and scheduling order, and instructed that the parties may proceed with discovery pursuant to the discovery and scheduling order to be issued by separate order. (ECF No. 66.) On the same date, the Court issued the Discovery and Scheduling Order, which set the discovery deadline as May 2, 2027. (ECF No. 67.)

Currently before the Court is Plaintiff's motion requesting to move forward with

discovery in this matter, filed on September 11, 2026. (ECF No. 68.) Plaintiff's request to move forward with discovery is unnecessary and is HEREBY DENIED as moot. Discovery in this action is open and, as previously instructed, the parties may proceed with discovery consistent with the Discovery and Scheduling Order. (*See* ECF Nos. 66, 67.)

IT IS SO ORDERED.

Dated: **September 17, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE